UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, Audrey Ward,

Plaintiff(s),

v.

Grassroots Campaigns, Inc.

Defendant(s).

No. C 07 3465 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/27/2007

Signature: [signed]

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")