1  ROBERT S. NELSON (SBN# 220984)
   NELSON LAW GROUP
2  900 Cherry Avenue, Suite 300
   San Bruno, CA 94066
3  (650) 794-2760 (phone)
   (650) 794-2761 (fax)
4  rnelson@nelsonlawgroup.net

5  Attorneys for Plaintiffs
   ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6  KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11  ANGELA BADAMI,                          Case No. C 07-03465 JSW
    LENNON BRONSEMA,
12  BENJAMIN CAMPOPIANO,                    **CERTIFICATE OF SERVICE OF
    KATHRYN RAVEN,                          ORDER SETTING CASE
13  AUDREY WARD,                            MANAGEMENT CONFERENCE AND
                                            REQUIRING JOINT CASE
14      and all others similarly situated   MANAGEMENT CONFERENCE
                                            STATEMENT**
15
               Plaintiffs,
16      v.

17  GRASSROOTS CAMPAIGNS, INC.,

18             Defendant.

19      I, the undersigned, hereby declare as follows:

20      I am employed in the City of San Bruno, County of San Mateo, California, in the office of

21  a member of the bar of this Court at whose direction the following service was made. I am over

22  the age of eighteen (18) years and am not a part to this action. My business address is 900 Cherry

23  Avenue, Suite 300, San Bruno, California, 94066.

24      On August 7, 2007, I served the **ORDER SETTING CASE MANAGEMENT**

25  **CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE**

26  **STATEMENT** on the interested parties in this action via U.S. mail by placing a true copy

27

28  CERTIFICATE OF SERVICE OF ORDER SETTING CMC
    CASE NO. C 07-03465 JSW

thereof, on the above-noted date, enclosed in a sealed envelope following the ordinary business practices of the Nelson Law Group for collection and mailing in the United States mail, addressed as set forth below:

> W.V. Bernie Siebert, Esq.
> Sherman & Howard L.L.C.
> 633 Seventeenth Street
> Suite 3000
> Denver, CO 80202

I am personally and readily familiar with the business practices of the Nelson Law Group for collection and processing of documents for mailing with the U.S. Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the U.S. Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Certificate was executed on August 7, 2007 at San Bruno, California.

_____/S/ Rose Marie Adami_____
Rose Marie Adami

2
CERTIFICATE OF SERVICE OF ORDER SETTING CMC
CASE NO. C 07-03465 JSW

**TABLE OF AUTHORITIES**

**Page**