```
 1  ROBERT S. NELSON (SBN# 220984)
    NELSON LAW GROUP
 2  900 Cherry Avenue, Suite 300
    San Bruno, CA 94066
 3  (650) 794-2760 (phone)
    (650) 794-2761 (fax)
 4  rnelson@nelsonlawgroup.net

 5  Attorneys for Plaintiffs
    ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
 6  KATHRYN RAVEN, AUDREY WARD and all others similarly situated
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA BADAMI,<br>LENNON BRONSEMA,<br>BENJAMIN CAMPOPIANO,<br>KATHRYN RAVEN,<br>AUDREY WARD,<br>and all others similarly situated<br><br>         Plaintiffs,<br>    v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>         Defendant. | Case No. C 07 3465<br><br>**CONSENT TO JOIN** |

I, _____JONATHAN SHAZAR_____ (*PRINT NAME*), do hereby consent to be a party/plaintiff herein and to join the within action brought pursuant to the Fair Labor Standards Act of 1947, 29 U.S.C. Section 216(b).

DATE: 21 AUGUST 2007                       _____
                                                              (SIGNATURE)

CONSENT TO JOIN
CASE NO. C 07 3465