```
1  ROBERT S. NELSON (SBN# 220984)
   NELSON LAW GROUP
2  900 Cherry Avenue, Suite 300
   San Bruno, CA 94066
3  (650) 794-2760 (phone)
   (650) 794-2761 (fax)
4  nelson@nelsonlawgroup.net

5  Attorneys for Plaintiffs
   ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6  KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  ANGELA BADAMI,                  Case No. C 07 3465
    LENNON BRONSEMA,
12  BENJAMIN CAMPOPIANO,
    KATHRYN RAVEN,                  CONSENT TO JOIN
13  AUDREY WARD,
    and all others similarly situated
14

15           Plaintiffs,
16       v.

17  GRASSROOTS CAMPAIGNS, INC.,

18           Defendant.

19
    I, GREG BLOOM              (PRINT NAME), do hereby consent
20
    to be a party/plaintiff herein and to join the within action brought pursuant to the Fair Labor
21
    Standards Act of 1947, 29 U.S.C. Section 216(b).
22

23  DATE: 08/21/07                            Greg Bloom
24                                            (SIGNATURE)

25

26

27

28  CONSENT TO JOIN
    CASE NO. C 07 3465
```