| | |
|---|---|
| 1 | RAYMOND L. WHEELER (CA SBN 52886) |
|   | RWheeler@mofo.com |
| 2 | SHARYN K. FUNAMURA (CA SBN 193518) |
|   | SFunamura@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |

WALTER V. SIEBERT *(Pro Hac Vice pending)*
BSiebert@sah.com
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202-3622
Telephone: 303.297.2900
Facsimile: 303.298.0940

Attorneys for Defendant
GRASSROOTS CAMPAIGNS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>Defendant. | Case No.   C-07-3465 JSW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Hon. Jeffrey S. White |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C-07-3465 JSW
pa-1193086

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 10, 2007

        RAYMOND L. WHEELER
        SHARYN K. FUNAMURA
        MORRISON & FOERSTER LLP

        WALTER V. SIEBERT (*Pro Hac Vice pending*)
        SHERMAN & HOWARD L.L.C.

By:   s/ Sharyn K. Funamura
       Sharyn K. Funamura

Attorneys for Defendant
GRASSROOTS CAMPAIGNS, INC.