E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>Defendant. | CASE NO. C-07-3465 JSW<br><br>[PROPOSED]<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Walter V. Siebert, an active member in good standing of the bar of the Supreme Court of Colorado and the United States District Court for the District of Colorado whose business address and telephone number are Sherman & Howard L.L.C., 633 Seventeenth Street, Suite 3000, Denver, CO 80202, (303) 299-8222, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Grassroots Campaigns, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____SEP 1 1 2007_____

_____
Judge Jeffrey S. White

\253133.1EMPLOY