1 | ROBERT S. NELSON (SBN# 220984)
  | NELSON LAW GROUP
2 | 900 Cherry Avenue, Suite 300
  | San Bruno, CA 94066
3 | (650) 794-2760 (phone)
  | (650) 794-2761 (fax)
4 | rnelson@nelsonlawgroup.net

5 | Attorneys for Plaintiffs
  | ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6 | KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| ANGELA BADAMI, | Case No. C 07 3465 |
| LENNON BRONSEMA, | |
| BENJAMIN CAMPOPIANO, | **CONSENT TO JOIN** |
| KATHRYN RAVEN, | |
| AUDREY WARD, | |
| and all others similarly situated | |
| Plaintiffs, | |
| v. | |
| GRASSROOTS CAMPAIGNS, INC., | |
| Defendant. | |

I, __Kelly A. Nagy__ (PRINT NAME), do hereby consent to be a party/plaintiff herein and to join the within action brought pursuant to the Fair Labor Standards Act of 1947, 29 U.S.C. Section 216(b).

DATE: 9·13·07

_Kelly Nagy_
(SIGNATURE)

CONSENT TO JOIN
CASE NO. C 07 3465