1  ROBERT S. NELSON (SBN# 220984)
   NELSON LAW GROUP
2  900 Cherry Avenue, Suite 300
   San Bruno, CA 94066
3  (650) 794-2760 (phone)
   (650) 794-2761 (fax)
4  rnelson@nelsonlawgroup.net

5  Attorneys for Plaintiffs
   ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6  KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ANGELA BADAMI,                 Case No. C 07 3465
   LENNON BRONSEMA,
12 BENJAMIN CAMPOPIANO,
   KATHRYN RAVEN,                 CONSENT TO JOIN
13 AUDREY WARD,
   and all others similarly situated
14

15          Plaintiffs,
16     v.

17 GRASSROOTS CAMPAIGNS, INC.,

18          Defendant.

19
       I, ___Evan E. Brown___ (PRINT NAME), do hereby consent
20
   to be a party/plaintiff herein and to join the within action brought pursuant to the Fair Labor
21
   Standards Act of 1947, 29 U.S.C. Section 216(b).
22

23 DATE: 9/17/2007                    _____
24                                         (SIGNATURE)

25

26

27

28 CONSENT TO JOIN
   CASE NO. C 07 3465