1  ROBERT S. NELSON (SBN# 220984)
   NELSON LAW GROUP
2  900 Cherry Avenue, Suite 300
   San Bruno, CA 94066
3  (650) 794-2760 (phone)
   (650) 794-2761 (fax)
4  rnelson@nelsonlawgroup.net

5  Attorneys for Plaintiffs
   ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6  KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  ANGELA BADAMI,                    Case No. C 07 3465
    LENNON BRONSEMA,
12  BENJAMIN CAMPOPIANO,
    KATHRYN RAVEN,                    **CONSENT TO JOIN**
13  AUDREY WARD,
    and all others similarly situated
14

15
              Plaintiffs,
16        v.

17  GRASSROOTS CAMPAIGNS, INC.,

18              Defendant.

19
        I, ___Kate A Burke___ (*PRINT NAME*), do hereby consent
20
    to be a party/plaintiff herein and to join the within action brought pursuant to the Fair Labor
21
    Standards Act of 1947, 29 U.S.C. Section 216(b).
22

23
    DATE: __9/13/07__          ___Kate A Bur___
24                                    (*SIGNATURE*)

25

26

27

28  CONSENT TO JOIN
    CASE NO. C 07 3465