ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

Attorneys for Plaintiffs
ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
KATHRYN RAVEN, AUDREY WARD and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA BADAMI,<br>LENNON BRONSEMA,<br>BENJAMIN CAMPOPIANO,<br>KATHRYN RAVEN,<br>AUDREY WARD,<br>and all others similarly situated<br><br>Plaintiffs,<br>v.<br>GRASSROOTS CAMPAIGNS, INC.,<br>Defendant. | Case No. C 07 3465<br><br>**CONSENT TO JOIN** |

I, ____Sana Azem____ (PRINT NAME), do hereby consent to be a party/plaintiff herein and to join the within action brought pursuant to the Fair Labor Standards Act of 1947, 29 U.S.C. Section 216(b).

DATE: 9/26/07              ____Sana Azem____
                                          (SIGNATURE)

CONSENT TO JOIN
CASE NO. C 07 3465