1 ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
2 900 Cherry Avenue, Suite 300
San Bruno, CA 94066
3 (650) 794-2760 (phone)
(650) 794-2761 (fax)
4 rnelson@nelsonlawgroup.net

5 Attorneys for Plaintiffs
ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6 KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 ANGELA BADAMI,                         Case No. C 07-03465 JSW
    LENNON BRONSEMA,
12 BENJAMIN CAMPOPIANO,                  **STIPULATION AND [PROPOSED]
    KATHRYN RAVEN,                        ORDER CONTINUING OCTOBER 26,
13 AUDREY WARD,                           2007 CASE MANAGEMENT
    and all others similarly situated     CONFERENCE**
14

15          Plaintiffs,
16     v.

17 GRASSROOTS CAMPAIGNS, INC.,

18          Defendant.

19     **WHEREAS** the Court previously issued an Order Setting Case Management Conference

20 and Requiring Joint Case Management Conference Statement which scheduled a case

21 management conference for October 26, 2007; and

22     **WHEREAS** the parties desire to attempt to mediate this dispute before proceeding with

23 additional litigation; and

24     **WHEREAS** the parties have agreed on a mediator (Judge Edward Infante) and a

25 mediation date (November 21, 2007); and

26     **WHEREAS** the parties wish to delay the case management conference in this matter until

27 after they have had a chance to mediate,

28
STIPULATION AND [PROP] ORDER RESCHEDULING CMC
CASE NO. C 07-03465 JSW

1     **NOW THEREFORE** Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven and Audrey Ward (and all others similarly situated) and Defendant Grassroots Campaigns, Inc., **HEREBY STIPULATE** that:

    1.    With the Court's permission and approval, the Case Management Conference currently scheduled for October 26, 2007 be rescheduled until December 14, 2007, or as soon thereafter as the Court may hold the Case Management Conference.

    **IT IS SO STIPULATED.**

DATED: October 4, 2007      NELSON LAW GROUP

_____
Robert S. Nelson, Esq.
Attorneys for Plaintiffs
Angela Badami, Lennon Bronsema,
Benjamin Campopiano, Kathryn Raven and
Audrey Ward (and all others similarly situated)

DATED: October 4, 2007      SHERMAN & HOWARD L.L.C.

_____
W. V. Siebert, Esq.
Attorneys for Defendant
Grassroots Campaigns, Inc.

**PURSUANT TO THE ABOVE-NOTED STIPULATION, IT IS SO ORDERED.**

DATED: October ____, 2007      _____
Jeffrey S. White
United States District Judge

2
STIPULATION AND [PROP] ORDER RESCHEDULING CMC
CASE NO. C 07-03465 JSW