1    ROBERT S. NELSON (SBN# 220984)
     NELSON LAW GROUP
2    900 Cherry Avenue, Suite 300
     San Bruno, CA 94066
3    (650) 794-2760 (phone)
     (650) 794-2761 (fax)
4    rnelson@nelsonlawgroup.net

5    Attorneys for Plaintiffs
     ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6    KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   ANGELA BADAMI,                      | Case No. C 07 3465
     LENNON BRONSEMA,
12   BENJAMIN CAMPOPIANO,                |
     KATHRYN RAVEN,                        **CONSENT TO JOIN**
13   AUDREY WARD,
     and all others similarly situated
14

15           Plaintiffs,
16       v.
17   GRASSROOTS CAMPAIGNS, INC.,
18           Defendant.

19   I, _Jocelyn Pease_____ (*PRINT NAME*), do hereby consent
20
     to be a party/plaintiff herein and to join the within action brought pursuant to the Fair Labor
21
     Standards Act of 1947, 29 U.S.C. Section 216(b).
22

23   DATE: October 18, 2007          _____
24                                              (*SIGNATURE*)
25

26

27

28   CONSENT TO JOIN
     CASE NO. C 07 3465