1  ROBERT S. NELSON (SBN# 220984)
   NELSON LAW GROUP
2  900 Cherry Avenue, Suite 300
   San Bruno, CA 94066
3  (650) 794-2760 (phone)
   (650) 794-2761 (fax)
4  rnelson@nelsonlawgroup.net

5  Attorneys for Plaintiffs
   ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6  KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ANGELA BADAMI,<br>LENNON BRONSEMA,<br>BENJAMIN CAMPOPIANO,<br>KATHRYN RAVEN,<br>AUDREY WARD,<br>and all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>Defendant. | Case No. C 07 3465<br><br>**CONSENT TO JOIN** |

19   I, CHRISTOPHER WEBB _____ (PRINT NAME), do hereby consent

20  to be a party/plaintiff herein and to join the within action brought pursuant to the Fair Labor

21  Standards Act of 1947, 29 U.S.C. Section 216(b).

22

23  DATE: Oct 18, 2007         _____
24                                    (SIGNATURE)

25

26

27

28  CONSENT TO JOIN
    CASE NO. C 07 3465