1   ROBERT S. NELSON (SBN# 220984)
    NELSON LAW GROUP
2   900 Cherry Avenue, Suite 300
    San Bruno, CA 94066
3   (650) 794-2760 (phone)
    (650) 794-2761 (fax)
4   rnelson@nelsonlawgroup.net

5   Attorneys for Plaintiffs
    ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6   KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   ANGELA BADAMI, <br> LENNON BRONSEMA, <br> 12   BENJAMIN CAMPOPIANO, <br> KATHRYN RAVEN, <br> 13   AUDREY WARD, <br> and all others similarly situated <br><br> 15           Plaintiffs, <br> 16      v. <br> 17   GRASSROOTS CAMPAIGNS, INC., <br> 18          Defendant. | Case No. C 07 3465 <br><br> **CONSENT TO JOIN** |

19     I, ___Courtney Mills_____ (*PRINT NAME*), do hereby consent

21   to be a party/plaintiff herein and to join the within action brought pursuant to the Fair Labor

22   Standards Act of 1947, 29 U.S.C. Section 216(b).

23   DATE: __10/31/07_____        _____
24                             (*SIGNATURE*)

25

26

27

28   CONSENT TO JOIN
    CASE NO. C 07 3465