ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

Attorneys for Plaintiffs
ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
KATHRYN RAVEN, AUDREY WARD and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI,<br>LENNON BRONSEMA,<br>BENJAMIN CAMPOPIANO,<br>KATHRYN RAVEN,<br>AUDREY WARD,<br>and all others similarly situated<br><br>           Plaintiffs,<br>  v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>           Defendant. | Case No. C 07-03465 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TAKING DECEMBER 14, 2007 CASE MANAGEMENT CONFERENCE OFF-CALENDAR** |

**WHEREAS** a Case Management Conference is currently scheduled in this case for December 14, 2007; and

**WHEREAS** the parties agreed to settle this case at a mediation that was held on November 21, 2007; and

**WHEREAS** the parties are currently preparing a written settlement agreement and motion for preliminary approval of the settlement which they intend to file as soon as possible,

**NOW THEREFORE** Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven and Audrey Ward (and all others similarly situated) and Defendant

Grassroots Campaigns, Inc., **HEREBY STIPULATE** that:

1. With the Court's permission and approval, the Case Management Conference currently scheduled for December 14, 2007 be taken *off-calendar* and the parties be allowed to file a motion for preliminary approval of their settlement as soon as possible, in no case later than December 21, 2007.

**IT IS SO STIPULATED.**

DATED:  November 30, 2007         NELSON LAW GROUP


___/S/ Robert S. Nelson_____
Robert S. Nelson, Esq.
Attorneys for Plaintiffs
Angela Badami, Lennon Bronsema,
Benjamin Campopiano, Kathryn Raven and
Audrey Ward (and all others similarly situated)

DATED:  November 30, 2007         SHERMAN & HOWARD L.L.C.


____/S/ W.V. Siebert_____
W. V. Siebert, Esq.
Attorneys for Defendant
Grassroots Campaigns, Inc.

**PURSUANT TO THE ABOVE-NOTED STIPULATION, IT IS SO ORDERED.**

DATED:  November ____, 2007        _____
Jeffrey S. White
United States District Judge

2
STIPULATION AND [PROP] ORDER TAKING CMC OFF-CALENDAR
CASE NO. C 07-03465 JSW

**TABLE OF AUTHORITIES**

**Page**