1  ROBERT S. NELSON (SBN# 220984)
   NELSON LAW GROUP
2  900 Cherry Avenue, Suite 300
   San Bruno, CA 94066
3  (650) 794-2760 (phone)
   (650) 794-2761 (fax)
4  rnelson@nelsonlawgroup.net

5  Attorneys for Plaintiffs
   ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6  KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | ANGELA BADAMI,                    | Case No. C 07-03465 JSW
13 | LENNON BRONSEMA,
   | BENJAMIN CAMPOPIANO,              | **STIPULATION AND [PROPOSED]**
14 | KATHRYN RAVEN,                    | **ORDER TAKING DECEMBER 14, 2007**
   | AUDREY WARD,                      | **CASE MANAGEMENT CONFERENCE**
15 |   and all others similarly situated | **OFF-CALENDAR**

16
              Plaintiffs,
17       v.

18  GRASSROOTS CAMPAIGNS, INC.,

19           Defendant.

20      **WHEREAS** a Case Management Conference is currently scheduled in this case for

21  December 14, 2007; and

22      **WHEREAS** the parties agreed to settle this case at a mediation that was held on

23  November 21, 2007; and

24      **WHEREAS** the parties are currently preparing a written settlement agreement and motion

25  for preliminary approval of the settlement which they intend to file as soon as possible,

26      **NOW THEREFORE** Plaintiffs Angela Badami, Lennon Bronsema, Benjamin

27  Campopiano, Kathryn Raven and Audrey Ward (and all others similarly situated) and Defendant

28
   STIPULATION AND [PROP] ORDER TAKING CMC OFF-CALENDAR
   CASE NO. C 07-03465 JSW

Grassroots Campaigns, Inc., **HEREBY STIPULATE** that:

1. With the Court's permission and approval, the Case Management Conference currently scheduled for December 14, 2007 be taken *off-calendar* and the parties be allowed to file a motion for preliminary approval of their settlement as soon as possible, in no case later than December 21, 2007.

**IT IS SO STIPULATED.**

DATED: November 30, 2007                    NELSON LAW GROUP


___/S/ Robert S. Nelson_____
Robert S. Nelson, Esq.
Attorneys for Plaintiffs
Angela Badami, Lennon Bronsema,
Benjamin Campopiano, Kathryn Raven and
Audrey Ward (and all others similarly situated)


DATED: November 30, 2007                    SHERMAN & HOWARD L.L.C.


____/S/ W.V. Siebert_____
W. V. Siebert, Esq.
Attorneys for Defendant
Grassroots Campaigns, Inc.

**PURSUANT TO THE ABOVE-NOTED STIPULATION, IT IS SO ORDERED.**

DATED: ~~November~~ ____, 2007          ___/s/ Jeffrey S. White___
         December 3, 2007                    Jeffrey S. White
                                             United States District Judge

2
STIPULATION AND [~~PROP~~] ORDER TAKING CMC OFF-CALENDAR
CASE NO. C 07-03465 JSW