1 | ROBERT S. NELSON (CA SBN 220984)
  | RNelson@nelsonlawgroup.net
2 | NELSON LAW GROUP
  | 900 Cherry Avenue, Suite 300
3 | San Bruno, CA  94066
  | Telephone:  (650) 794-2760
4 | Facsimile:  (650) 794-2761

5 | *Attorneys for Plaintiffs*

6 | WALTER V. SIEBERT *(Pro Hac Vice)*        RAYMOND L. WHEELER (CA SBN 52886)
  | BSiebert@sah.com                          RWheeler@mofo.com
7 | SHERMAN & HOWARD L.L.C.                   SHARYN K. FUNAMURA (CA SBN 193518)
  | 633 Seventeenth Street, Suite 3000        SFunamura@mofo.com
8 | Denver, CO  80202-3622                    MORRISON & FOERSTER LLP
  | Telephone:  (303) 297-2900                755 Page Mill Road
9 | Facsimile:  (303) 298-0940                Palo Alto, CA  94304-1018
  |                                           Telephone:  (650) 813-5600
10|                                           Facsimile:  (650) 494-0792

11 | *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>Defendant. | Case No.   C-07-3465 JSW<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER:  (1) PROVISIONALLY CERTIFYING SETTLEMENT CLASSES; (2) PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT AND PLAN OF DISTRIBUTION; (3) DIRECTING DISTRIBUTION OF NOTICE OF THE SETTLEMENT; AND (4) SETTING A SCHEDULE FOR THE FINAL SETTLEMENT APPROVAL PROCESS**<br><br>Date: January 28, 2008<br>Time:  9:00 a.m.<br>Judge  Hon. Jeffrey S. White<br>Ctrm: 2 |

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND SETTLEMENT HEARING**
**Case No. C-07-3465 JSW**
\283325.1EMPLOY

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT**, on January 28, 2008, at 9:00 a.m. before the Honorable Judge Jeffrey S. White, United States District Judge for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, Audrey Ward and Defendant Grassroots Campaigns, Inc. will jointly move, pursuant to Fed. R. Civ. Proc. 23(e), for entry of the [Proposed] order:

(1) To preliminarily approve the settlement;

(2) To certify Named Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven and Audrey Ward as representative of the California Class and those who file Consents to Join prior to December 1, 2007 ("Class Representative");

(3) To make appropriate findings and preliminarily certify the California Class and those who file Consents to Join prior to December 1, 2007 for purposes of settlement;

(4) To appoint Robert Nelson, Nelson Group as Class Counsel;

(5) To approve, and direct mailing of, the proposed Class Notice (including notice of the right to opt-out of the Classes);

(6) To schedule a fairness hearing on the question of whether the proposed settlement should be finally approved as fair, reasonable, and adequate as to the members of the Settlement Classes; and

(7) To preliminarily approve a service payment to each Class Representative and costs of administration payable to the Claims Administrator.

This motion is based on the this Joint Notice and Motion, the Joint Stipulation of Settlement, the Memorandum of Points and Authorities, Declaration of Robert Nelson, the [Proposed] Order, the records, pleadings and papers on file in this action, and the evidence and arguments of counsel at the hearing on this Motion, if any.

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND SETTLEMENT HEARING**
**Case No. C-07-3465 JSW**

1

\283325.1EMPLOY

Respectfully submitted,

NELSON LAW GROUP

DATED: December 20, 2007          By: ___/S/ Robert S. Nelson_____
                                         Robert S. Nelson

Attorneys for Plaintiffs:

ROBERT S. NELSON (CA SBN 220984)
RNelson@nelsonlawgroup.net
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA  94066
Telephone:  (650) 794-2760
Facsimile:  (650) 794-2761


SHERMAN & HOWARD L.L.C.

DATED: December 7, 2007          By: ___/S/ Walter V. Siebert_____
                                         Walter V. Siebert

Attorneys for Defendant:

WALTER V. SIEBERT *(Pro Hac Vice)*
BSiebert@sah.com
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202-3622
Telephone:  (303) 297-2900
Facsimile:  (303) 298-0940

RAYMOND L. WHEELER (CA SBN 52886)
RWheeler@mofo.com
SHARYN K. FUNAMURA (CA SBN 193518)
SFunamura@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND SETTLEMENT HEARING**
**Case No. C-07-3465 JSW**
\283325.1EMPLOY

2