# Sherman & Howard L.L.C.

ATTORNEYS & COUNSELORS AT LAW
633 SEVENTEENTH STREET, SUITE 3000
DENVER, COLORADO 80202
TELEPHONE: 303 297-2900
FAX: 303 298-0940
OFFICES IN: COLORADO SPRINGS
RENO • LAS VEGAS • PHOENIX

W. V. Bernie Siebert
Direct Dial Number: (303) 299-8222
E-mail: bsiebert@sah.com

November 14, 2007

**VIA FAX**

Robert S. Nelson, Esq.
Nelson Law Group
900 Cherry Avenue, Suite 300
San Bruno, CA 94066

    Re:    Badami *et al.* v. Grassroots Campaigns, Inc.
             Case No. C-07-3465 JSW; Informal Discovery

Dear Mr. Nelson:

    In response to your letter dated October 18, 2007, and your request for "informal discovery", please consider the following:

    1.    "Salary Class" for those persons whom you designate as the salary class, attached is a document that shows how many weeks were worked by the 124 persons who fit your definition. A week is considered five days. Therefore, each individual day is .20 of a week. The chart shows the number of weeks worked as Canvass Director, Assistant Director, Field Organizer, Salaried Field Manager and Lead Field Organizer.

    2.    "Non-Payment Class" – (a) in California – 1942; (b) non-California – 1553.

    3.    "Field Organizer Class" outside California – 111.

    4.    "Canvass Director/Assistant Director Classes" outside California – 173 (35 Canvass Directors – 138 Assistant Directors).

    Please let me know if you have any questions.

Respectfully,

*W.V. Bernie Siebert*

W.V. Bernie Siebert

WVS/ck
cc:    Sharyn K. Funamura, Esq.

\269244.1EMPLOY

### Class of 124 -- Division of WEEKS by Job Description

| WEEKS Spent as Canvass Director (CD WEEKS) | WEEKS Spent as Assistant Director (AD WEEKS) | WEEKS Spent as Field Organizer (FO WEEKS) | WEEKS Spent as Sales/eq Field Manager (SFM WEEKS) | WEEKS Spent as Lead Organizer (LO WEEKS) | WEEKS Spent as National Administrator (AA WEEKS) | TOTAL WEEKS | Double-Check TOTAL WEEKS |
|---|---|---|---|---|---|---|---|
| | | 8.00 | | | | 8.00 | |
| | 3.00 | | | | | 3.00 | |
| | 3.80 | | | | | 3.80 | |
| | 7.00 | 7.00 | | | | 14.00 | |
| | 6.20 | | | | | 6.20 | |
| 10.00 | | | | | | 10.00 | |
| | 17.00 | | | | | 17.00 | |
| | | 9.00 | | | | 9.00 | |
| | 10.00 | | | | | 10.00 | |
| | 4.60 | | | | | 4.60 | |
| | 14.20 | | | | | 14.20 | |
| | 1.80 | | | | | 1.80 | |
| 12.40 | | 7.00 | | | | 19.40 | |
| | 2.40 | | | | | 2.40 | |
| | 1.80 | | | | | 1.80 | |
| | 11.60 | | | | | 11.60 | |
| | 8.00 | | | | | 8.00 | |
| | 4.80 | | | | | 4.80 | |
| | 20.60 | | | | | 20.60 | |
| | 10.00 | | | | | 10.00 | |
| 23.60 | 7.00 | | | | 9.00 | 39.60 | |
| | 2.80 | | | | | 2.80 | |
| 5.00 | 11.40 | 7.60 | | | | 24.00 | |
| | 1.40 | | | | | 1.40 | |
| | 3.00 | | | | | 3.00 | |
| | 18.20 | | | | | 18.20 | |
| | 0.80 | | | | | 0.80 | |
| | | 7.60 | | | | 7.60 | |
| | 11.00 | | | | | 11.00 | |
| 28.20 | | | | | 4.00 | 32.20 | |
| | 0.80 | | | | | 0.80 | |
| 22.60 | | | | | | 22.60 | |
| | | 47.40 | | | | 47.40 | |
| 18.00 | 7.60 | | | | | 26.40 | |
| | 3.60 | | | | | 3.60 | |
| | 3.80 | | | | | 3.80 | |
| | 2.00 | | | | | 2.00 | |
| | 37.40 | | | | | 37.40 | |
| | 21.80 | | | | | 21.80 | |
| | 0.20 | | | | | 0.20 | |
| | 12.20 | | | | | 12.20 | |
| | 11.20 | 7.60 | | | | 18.80 | |
| | 4.20 | | | | | 4.20 | |
| | | | 2.00 | | | 2.00 | |
| | 0.60 | | | | | 0.60 | |
| | 27.30 | | | | | 27.30 | |
| | 1.00 | | | | | 1.00 | |
| 18.40 | | | | | | 18.40 | |
| | 10.20 | | | | | 10.20 | |
| | 24.80 | | | | | 24.80 | |
| | 6.00 | | | | | 6.00 | |
| | 7.20 | | | | | 7.20 | |
| | 17.20 | 7.60 | | | | 24.80 | |
| | 6.40 | | | | | 6.40 | |
| | 2.00 | | | | | 2.00 | |
| | 4.80 | | | | | 4.80 | |
| | | 7.60 | 4.00 | | | 11.60 | |
| | 18.20 | | | | | 18.20 | |
| | | 7.00 | | | | 7.00 | |
| | 4.80 | | | | | 4.80 | |
| | 13.00 | | | | | 13.00 | |
| | 6.40 | | | | | 6.40 | |
| | | 7.60 | | | | 7.60 | |
| | 8.00 | | | | | 8.00 | |
| | 2.80 | | | | | 2.80 | |
| | 15.80 | | | | | 15.80 | |
| | 12.80 | | | | | 12.80 | |
| | 11.00 | | | | | 11.00 | |
| | 1.60 | | | | | 1.60 | |
| | | | | 7.60 | | 7.60 | |
| | 3.80 | | | | | 3.80 | |
| | 0.40 | | | | | 0.40 | |
| | 0.60 | | | | | 0.60 | |
| | 8.80 | | | | | 8.80 | |
| | 14.40 | | | | | 14.40 | |
| | 2.00 | | | | | 2.00 | |
| | 0.20 | | | | | 0.20 | |
| | 2.40 | | | | | 2.40 | |
| | 11.40 | | | | | 11.40 | |
| | 8.80 | | | | | 8.80 | |
| | 4.80 | | | | | 4.80 | |
| | | 10.20 | | | | 10.20 | |
| | 2.00 | | | | | 2.00 | |
| 1.00 | | | | | | 1.00 | |
| | | 7.60 | | | | 7.60 | |
| | 1.20 | | | | | 1.20 | |
| | 11.40 | | | | | 11.40 | |
| | | 7.60 | 2.20 | | | 9.80 | |
| | 6.60 | | | | | 6.60 | |
| | 24.00 | | | | | 24.00 | |
| | 5.00 | | | | | 5.00 | |
| 20.30 | | | | | | 20.30 | |
| | 12.00 | | | | | 12.00 | |
| | 13.00 | | | | | 13.00 | |
| 49.20 | | | | | | 49.20 | |
| | 20.20 | | | | | 20.20 | |
| | 16.80 | | | | | 16.80 | |
| | 12.00 | | | | | 12.00 | |
| | | 7.40 | 2.00 | | | 10.00 | |
| | | | 0.80 | | | 0.80 | |
| | | 7.60 | 1.40 | | | 9.00 | |
| | 22.40 | | | | | 22.40 | |
| | 10.80 | | | | | 10.80 | |
| | 10.00 | | | | | 10.00 | |
| 15.60 | | | | | | 15.60 | |
| 48.00 | | | | | | 48.00 | |
| | 3.00 | | | | | 3.00 | |
| | 10.60 | | | | | 10.60 | |
| | 3.00 | | | | | 3.00 | |
| | 31.00 | | | | | 31.00 | |
| | 12.80 | | | | | 12.80 | |
| | 2.00 | | | | | 2.00 | |
| | 7.80 | | | | | 7.80 | |
| 11.00 | 10.80 | 70.70 | | 7.60 | | 99.40 | |
| | 14.60 | | | | | 14.60 | |
| | | 7.60 | | | | 7.60 | |
| 22.60 | | | | | | 22.60 | |
| | 12.40 | 7.40 | | | | 19.80 | |
| | 16.40 | 7.60 | | | | 23.00 | |
| | | 0.00 | | | | 0.00 | |
| 6.00 | | | | | | 6.00 | |
| | 9.40 | | | | | 9.40 | |
| | 1.80 | | | | | 1.80 | |
| | 8.00 | 7.60 | | | | 16.60 | |
| | 4.00 | | | | | 4.00 | |
| **313.10** | **868.70** | **205.60** | **13.00** | **15.80** | **13.00** | **1,468.50** | **1,468.50** |
| WEEKS Spent as Canvass Director (CD WEEKS) | WEEKS Spent as Assistant Director (AD WEEKS) | WEEKS Spent as Field Organizer (FO WEEKS) | WEEKS Spent as Sales/eq Field Manager (SFM WEEKS) | WEEKS Spent as Lead Organizer (LO WEEKS) | WEEKS Spent as National Administrator (AA WEEKS) | TOTAL WEEKS | Double-Check TOTAL WEEKS |