**OPT-OUT FORM**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Badami, et al. v. Grassroots Campaigns, Inc.**
Case No. C-07-3465 JSW

**IF YOU WANT TO BE INCLUDED IN THIS CLASS ACTION SETTLEMENT, DO *NOT* FILL OUT THIS FORM.**

Please complete, sign and mail this Opt-Out Form **only if you wish to be excluded from the Settlement** described in the Notice of Class Action Settlement and Settlement Hearing that accompanies this Form. If you wish to be excluded from the Settlement, this form must be postmarked no later than April 30, 2008, and it should be mailed to the following address via certified or registered mail:

**Badami, et al. v. Grassroots Campaigns, Inc.**
Claims Administration Center
c/o Gilardi & Co. LLC
3301 Kerner Boulevard
San Rafael, CA 94901

☐ I was employed by Grassroots Campaigns in the State of California during the period December 1, 2003 to December 1, 2007 or, I filed a Consent to Join prior to December 1, 2007. I have received notice of the proposed settlement in this action and I wish to be excluded and ***not*** participate in the proposed settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____    _____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City, State, Zip Code)

_____
(Telephone Number, including Area Code)

If you have questions about completing this Opt-Out Form, please call
the Claims Administrator, Gilardi & Co. LLC at (415) 461-0410.

\283313.1EMPLOY