IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA BADAMI, ET AL., | |
| Plaintiffs, | No. C 07-03465 JSW |
| v. | |
| GRASSROOTS CAMPAIGNS, INC., | **NOTICE OF TENTATIVE RULING AND QUESTIONS** |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON MARCH 7, 2007 AT 9:00 A.M.:

The Court has reviewed the parties' papers and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, with reference to pin cites and without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The Court **tentatively GRANTS** the motion for order provisionally certifying settlement classes; preliminarily approving class action settlement and plan of distribution; directing distribution of notice of the settlement; and setting a schedule for the final settlement approval process.

The parties shall each have 10 minutes to address the following questions:

1. Although the motion for certification and approval was filed jointly and remains unopposed, does any party oppose the pending motions?

2. The motion alludes to the treatment of Opt Ins (defined as "people who filed (or will file) valid Consents to Join prior to the date of preliminary approval (but who are not already members of any subclasses included in the Settlement).") (Motion at 4; *see also* Proposed Order at ¶ 17.) Have there been any Opt Ins since the time the parties submitted their motion? How are the Opts going to be treated?

3. Do the parties have any further they wish to address?

**IT IS SO ORDERED.**

Dated: March 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2