1  ROBERT S. NELSON (CA SBN 220984)
   RNelson@nelsonlawgroup.net
2  NELSON LAW GROUP
   900 Cherry Avenue, Suite 300
3  San Bruno, CA 94066
   Telephone: (650) 794-2760
4  Facsimile: (650) 794-2761

5  *Attorneys for Plaintiffs*

6  WALTER V. SIEBERT *(Pro Hac Vice)*         RAYMOND L. WHEELER (CA SBN 52886)
   BSiebert@sah.com                           RWheeler@mofo.com
7  SHERMAN & HOWARD L.L.C.                    SHARYN K. FUNAMURA (CA SBN 193518)
   633 Seventeenth Street, Suite 3000         SFunamura@mofo.com
8  Denver, CO 80202-3622                      MORRISON & FOERSTER LLP
   Telephone: (303) 297-2900                  755 Page Mill Road
9  Facsimile: (303) 298-0940                  Palo Alto, CA 94304-1018
                                              Telephone: (650) 813-5600
10                                            Facsimile: (650) 494-0792

11 *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>Defendant. | Case No. C-07-3465 JSW<br><br>**JOINT RESPONSE TO NOTICE OF TENTATIVE RULING AND QUESTIONS**<br><br>Date: March 7, 2008<br>Time: 9:00 a.m.<br>Judge Hon. Jeffrey S. White<br>Ctrm: 2 |

**JOINT RESPONSE TO NOTICE OF TENT. RULING AND QUESTIONS**
**Case No. C-07-3465 JSW**

On March 4, 2008, this Court issued a Notice of Tentative Ruling and Questions ("Notice") that tentatively GRANTED the parties' joint motion for an order provisionally certifying settlement classes, approving the class action settlement and plan of distribution, and other matters related thereto. In addition, the Notice posed three questions that the parties will be expected to address at the hearing on March 7, 2008. For the Court's convenience, the parties hereby submit this Joint Written Response ("Response") to the questions in advance of the hearing:

**1. Although the motion for certification and approval was filed jointly and remains unopposed, does any party oppose the pending motions?**

Defendant Grassroots Campaigns Incorporated ("Defendant") does not oppose the motion. Nor do any of the named Plaintiffs or substantially all of the opt-ins, to the best of Plaintiffs' counsel's knowledge. Plaintiff's counsel is aware of only one opt in who has expressed a clear intention to opt out of and/or oppose the settlement.[1]

**2. The motion alludes to the treatment of Opt Ins (defined as "people who filed (or will file) valid Consents to Join prior to the date of preliminary approval (but who are not already members of any subclasses included in the Settlement)." (Motion at 4; *see also* Proposed Order at ¶17.) Have there been any Opt Ins since the time the parties submitted their motion? How are the Opts going to be treated?**

As of the date of this Response, only one eligible person has signed and returned a Consent to Join form. That Form is being filed concurrently with this Response (which will bring the total number of Opt Ins filed in this case to 37).

The additional Opt In will be treated the same as if he/she was involved with the case at the time it was tentatively settled in November 2007. The Opt Ins generally will be treated as follows:

At the time the parties filed their underlying motion, Plaintiff's counsel estimated that the Opt Ins' overall share of the settlement sum should be approximately nine percent (Plaintiff's

---

[1] Plaintiffs' counsel can provide the name of the specific opt in who opposed the settlement, if the Court so requests.

**JOINT RESPONSE TO NOTICE OF TENT. RULING AND QUESTIONS**
**Case No. C-07-3465 JSW**                                                                                    1

1  counsel's calculations are detailed in the declaration he submitted in support of the motion). The
2  claims administrator will therefore calculate nine percent of the settlement sum, minus approved
3  fees and expenses. The parties will then identify which of the Opt Ins worked in a non-salaried
4  position, and which worked in salaried positions. Those who worked in a non-salaried position
5  necessarily will have worked an unpaid training day; as such, they will be paid a flat fee of
6  $25.00 per person (which is approximately 50 percent of the wages they could have recovered at
7  trial).

8   The claims administrator will deduct payments made to the non-salaried Opt Ins and then
9  divide the remaining number by the total number of weeks worked by salaried Opt Ins. The
10 resulting figure will be the per-week share of the salaried Opt Ins; it is intended to be
11 approximately $92.00 per week (which will be about 10 percent of the wages the Opt Ins could
12 have recovered at trial). The claims administrator will then multiply $92.00 by the total number
13 of weeks each salaried Opt In worked to determine individual payments. Payments will then be
14 mailed to the Opt Ins automatically, without them having to first submit claim forms.

**3.     Do the parties have anything further they wish to address?**

17 The only additional matters the parties wish to bring to the Court's attention are the minor
18 scheduling changes necessitated by the change in the hearing date for this motion (it was
19 originally noticed for January 28, 2008). Based on the anticipated January 28 hearing date, the
20 parties originally proposed to have notice mailed by March 14, 2008, and then objections and opt
21 outs be due by April 30, 2008. Because of the later hearing date, the parties need to delay notice
22 until March 28, 2008, and objections and opt outs to May 12, 2008. These changes will allow the
23 parties to fulfill all the other commitments they made in the joint stipulation (e.g., at least 45 days
24 for class members to opt out, etc.).

///

**JOINT RESPONSE TO NOTICE OF TENT. RULING AND QUESTIONS**
**Case No. C-07-3465 JSW**                                                                              2

1  Counsel for the parties will of course be prepared to expound on any of these questions,
2  and/or answer additional questions at the March 7, 2008, hearing if the Court still deems the
3  hearing necessary.

Respectfully submitted,

NELSON LAW GROUP

DATED: March 6, 2008                By:   /S/ Robert S. Nelson
                                          Robert S. Nelson

Attorneys for Plaintiffs:

ROBERT S. NELSON (CA SBN 220984)
RNelson@nelsonlawgroup.net
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA  94066
Telephone:  (650) 794-2760
Facsimile:  (650) 794-2761

SHERMAN & HOWARD L.L.C.

DATED: March 6, 2008                By:   /S/ Walter V. Siebert
                                          Walter V. Siebert

Attorneys for Defendant:

WALTER V. SIEBERT *(Pro Hac Vice)*
BSiebert@sah.com
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202-3622
Telephone:  (303) 297-2900
Facsimile:  (303) 298-0940

RAYMOND L. WHEELER (CA SBN 52886)
RWheeler@mofo.com
SHARYN K. FUNAMURA (CA SBN 193518)
SFunamura@mofo.com

**JOINT RESPONSE TO NOTICE OF TENT. RULING AND QUESTIONS**
**Case No. C-07-3465 JSW**

3

1  MORRISON & FOERSTER LLP
   755 Page Mill Road
2  Palo Alto, CA  94304-1018
   Telephone:  (650) 813-5600
3  Facsimile:  (650) 494-0792

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT RESPONSE TO NOTICE OF TENT. RULING AND QUESTIONS**
**Case No. C-07-3465 JSW**

4