1  ROBERT S. NELSON (SBN# 220984)
   NELSON LAW GROUP
2  900 Cherry Avenue, Suite 300
   San Bruno, CA 94066
3  (650) 794-2760 (phone)
   (650) 794-2761 (fax)
4  rnelson@nelsonlawgroup.net

5  Attorneys for Plaintiffs
   ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6  KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 ANGELA BADAMI,                          Case No. C 07 3465
   LENNON BRONSEMA,
12 BENJAMIN CAMPOPIANO,
   KATHRYN RAVEN,                          **CONSENT TO JOIN**
13 AUDREY WARD,
   and all others similarly situated
14

15            Plaintiffs,
16       v.

17 GRASSROOTS CAMPAIGNS, INC.,

18            Defendant.

19
   I, ____Peter Elgie____ (PRINT NAME), do hereby consent
20
   to be a party/plaintiff herein and to join the within action brought pursuant to the Fair Labor
21
   Standards Act of 1947, 29 U.S.C. Section 216(b).
22

23
   DATE: 12/19/07                          _____
24                                              (SIGNATURE)

25

26

27

28 CONSENT TO JOIN
   CASE NO. C 07 3465