IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: March 7, 2008          **Court Reporter:** Jim Yeomans


**CASE NO.: C-07-3465   JSW**

**TITLE:**  Angela Badami, et al.,  v.  Grassroots Campaigns, Inc.,


**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

**Robert Nelson**                **Sharyn Funamura**

**PROCEEDINGS:**   Motion for Order Approving Class Action Settlement

**RESULTS:**   *The Court **tentatively GRANTS** the motion for order provisionally certifying settlement classes.*

Counsel stated there are no other objections to the settlement agreement.
Counsel shall submit an amended proposed order by March 10, 2008.