1  ROBERT S. NELSON (CA SBN 220984)
   RNelson@nelsonlawgroup.net
2  NELSON LAW GROUP
   900 Cherry Avenue, Suite 300
3  San Bruno, CA  94066
   Telephone:  (650) 794-2760
4  Facsimile:  (650) 794-2761

5  *Attorneys for Plaintiffs*

6  WALTER V. SIEBERT *(Pro Hac Vice)*     RAYMOND L. WHEELER (CA SBN 52886)
   BSiebert@sah.com                        RWheeler@mofo.com
7  SHERMAN & HOWARD L.L.C.                 SHARYN K. FUNAMURA (CA SBN 193518)
   633 Seventeenth Street, Suite 3000      SFunamura@mofo.com
8  Denver, CO  80202-3622                  MORRISON & FOERSTER LLP
   Telephone:  (303) 297-2900              755 Page Mill Road
9  Facsimile:  (303) 298-0940              Palo Alto, CA  94304-1018
                                           Telephone:  (650) 813-5600
10                                         Facsimile:  (650) 494-0792

11 *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>Defendant. | Case No.   C-07-3465 JSW<br><br>**AMENDED [~~PROPOSED~~] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CLASS CERTIFICATIION**<br><br>Date: March 7, 2008<br>Time:  9:00 a.m.<br>Judge  Hon. Jeffrey S. White<br>Ctrm: 2 |

**AMENDED [~~PROPOSED~~] ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT AGREEMENT**
\283325.1EMPLOY

WHEREAS the motion of Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, Audrey Ward, and those similarly situated for class certification, preliminary approval of settlement, approval of the form and manner of notice to the class, and other matters, having been filed on December 21, 2007, came under this Court's consideration;

WHEREAS, Plaintiffs have alleged claims against Defendant for violations of the Fair Labor Standards Act ("FLSA"), California's Unfair Competition Law, Business and Professions Code Section 17200 *et seq.* ("UCL"), and California wage and hour laws, for failure to pay required overtime and failure to properly keep and maintain records, and other wage claims, including penalties;

WHEREAS, Defendant expressly denies the allegations of wrongdoing and violations of law alleged in this action, and further denies liability whatsoever to Plaintiffs or to the Class Members;

WHEREAS, Class Counsel have engaged in extensive discussions and negotiations with Defendant and its counsel concerning a resolution of the issues raised in this action, including a one-day mediation session which was conducted under the auspices of the Honorable Edward A. Infante (Magistrate Judge, Retired); and

WHEREAS, the parties have proposed a settlement of the action, the terms of which are embodied in the Joint Stipulation of Settlement that was filed with this underlying motion on December 21, 2007 ("Settlement Agreement"); and

WHEREAS the original Settlement Agreement contained numerous deadlines that were premised on the assumption that this motion would be heard by the Court on January 28, 2008; and

WHEREAS hearing on this matter was rescheduled to March 7, 2008, which thereby necessitated rescheduling some of the deadlines originally articulated in the Settlement

**AMENDED [PROPOSED] ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT AGREEMENT**  1

\283325.1EMPLOY

Agreement; and

WHEREAS the parties agreed to all required deadline changes and noted the new deadlines (as well as correcting minor typographical errors) in an Amended Joint Stipulation of Settlement and an amended Notice of Proposed Class Action Settlement and Settlement Hearing, both of which are being filed concurrently with this Amended [Proposed] Order,

**IT IS HEREBY ORDERED:**

1. To the extent defined in the Amended Settlement Agreement filed concurrently herewith and incorporated herein by reference, the terms in this Order shall have the meanings set forth therein.

2. Pursuant to the Amended Settlement Agreement and Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, the Court hereby certifies this action as a class action for purposes of settlement. The Class is defined as follows:

   A. An Opt-out Class of persons who have worked at Grassroots Campaigns, Inc. in California: for claims under California law for time worked in California, from December 1, 2003 to December 1, 2007 and those who filed Consents to Join prior to the date of preliminary approval of this Settlement.

3. This class is sufficiently numerous that joinder is not practicable. The California Class has approximately 2,066 members.

4. There are questions of law and fact common to the members of the California Class. The questions of law and fact common to the members of the California Class include whether the employees are properly classified as exempt from overtime, whether Grassroots Campaigns, Inc. failed to pay overtime compensation and whether Grassroots Campaigns unlawfully failed to keep and furnish employees with records of hours worked. For settlement

**AMENDED [PROPOSED] ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT AGREEMENT**
\283325.1EMPLOY

2

purposes, these common issues predominate over any individual issues.

5.    The proposed Class Representative will fairly and adequately protect the interests of the California Class. They have retained counsel who has the experience and resources necessary to provide adequate representation of the classes and meet the requirements of Rule 23(g)(1).

6.    The Court hereby approves Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, and Audrey Ward as representative of the Class and appoints the law firm of Nelson Law Group as Class Counsel.

7.    The Court hereby preliminarily approves a service payment in the amount of $2,000 to each Class Representative and costs of administration payable to the Claims Administrator, estimated to be approximately $20,000.

8.    Subject to the receipt and consideration by the Court of any objections to or comments on the Amended Settlement Agreement at the hearing described in Paragraph 13 of this Order, the Court finds the Amended Settlement Agreement and all of its terms to be fair, just, equitable, and in the best interests of the members of the Class and those who have filed Consents to Join the case. The proposed Settlement falls within the range of possible Settlement approval, was negotiated at arms length, and is worthy of being presented to the Class Members and those who filed Consents to Join for their comments. The Court hereby preliminarily approves the Settlement under Rule 23(e) of the Federal Rules of Civil Procedure.

9.    By no later than March 28, 2008, the Claims Administrator shall cause to be mailed by first class mail the Notice of Proposed Class Action Settlement and Settlement Hearing (the "Notice") and the Opt-out Form in substantially the form attached as Exhibits 1 and 2 to the Joint Stipulation of Settlement that is filed concurrently herewith, to the current or last known address of each Class Member and to those who filed Consents to Join.

**AMENDED [PROPOSED] ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT AGREEMENT**
\283325.1EMPLOY

3

10. By no later than April 18, 2008, Class Counsel and/or a representative of the Claims Administrator shall serve and file a sworn statement by the Claims Administrator evidencing compliance with the provisions of Paragraph 9 of this Order.

11. The Notice to Class Members given in compliance with the provisions set forth in Paragraph 9 above is hereby found to be the best notice practicable under the circumstances, and constitutes due and sufficient notice, in full compliance with the requirements of Rule 23(3) of the Federal Rules of Civil Procedure, the Constitution of the United States, and any other applicable law.

12. All reasonable costs incurred in identifying and notifying Class Members, as well as administering the Settlement, shall be paid as set forth in the Amended Settlement Agreement.

13. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, a hearing (the "Settlement Hearing") shall be held before the undersigned at 9:00 a.m. on June 27, 2008 in Courtroom 2, United States District Court for the Northern District of California, San Francisco, California to determine the fairness, reasonableness, and adequacy of the proposed Settlement and whether it should be finally approved, and to consider the motion of Class Counsel for attorneys' fees, costs, and expenses and the requested payment to Named Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, and Audrey Ward.

14. No Class Member or anyone who filed a Consent to Join shall be heard in opposition to the proposed Settlement, or, if approved, the judgments and other orders to be entered thereon, to the requested award of attorneys' fees, costs, and expenses, or to the requested payment to the Named Plaintiffs, and no paper or briefs submitted by any such person shall be accepted or considered by the Court unless, on or before May 12, 2008, such person has filed with the Clerk of the Court and served upon counsel for all parties a written statement that

indicates the specific basis for such person's objections, along with any supporting documentation.

15. On or before May 23, 2008, Class Counsel shall file with the Court and serve on all parties their motion for attorneys' fees, costs and expenses, and all papers in support thereof.

16. On or before May 23, 2008, Plaintiffs shall file a motion for Final Approval of Settlement and Dismissal of Action.

17. Any Class Member or anyone who filed a Consent to Join who has met the requirements of paragraph 14 herein, or his or her representative, may appear at the Settlement Hearing in person or by telephone, and be heard to the extent allowed by the Court in support of, or in opposition to, the fairness, reasonableness and adequacy of the proposed Settlement, the requested award of attorneys' fees, costs, and expenses, and the requested payment to Named Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, and Audrey Ward.  Any Class Member or anyone who filed a Consent to Joint who does not make his or her objections as required by Paragraph 14 herein shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, and adequacy of the proposed Settlement, the requested award of attorneys' fees and costs, and the requested payment to Named Plaintiffs unless otherwise ordered by the Court.

18. The Court expressly reserve its right to continue the Settlement Hearing from time to time without further direct notice to the Class or anyone who filed a Consent to Join.

**IT IS SO ORDERED.**

Dated: _March 11_, 2008   _____
Jeffrey S. White
United States District Court Judge

**AMENDED [PROPOSED] ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT AGREEMENT**

\283325.1EMPLOY

5