1  ROBERT S. NELSON (CA SBN 220984)
   RNelson@nelsonlawgroup.net
2  NELSON LAW GROUP
   900 Cherry Avenue, Suite 300
3  San Bruno, CA 94066
   Telephone: (650) 794-2760
4  Facsimile: (650) 794-2761

5  *Attorneys for Plaintiffs*

6  WALTER V. SIEBERT *(Pro Hac Vice)*    RAYMOND L. WHEELER (CA SBN 52886)
   BSiebert@sah.com                       RWheeler@mofo.com
7  SHERMAN & HOWARD L.L.C.                SHARYN K. FUNAMURA (CA SBN 193518)
   633 Seventeenth Street, Suite 3000     SFunamura@mofo.com
8  Denver, CO 80202-3622                  MORRISON & FOERSTER LLP
   Telephone: (303) 297-2900              755 Page Mill Road
9  Facsimile: (303) 298-0940              Palo Alto, CA 94304-1018
                                          Telephone: (650) 813-5600
10                                        Facsimile: (650) 494-0792

11 *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>Defendant. | Case No. C-07-3465 JSW<br><br>**JOINT NOTICE OF MOTION AND MOTION FOR ORDER: (1) GRANTING FINAL APPROVAL TO THE PARTIES' CLASS ACTION SETTLEMENT; (2) FINALLY CERTIFYING THE PROPOSED SETTLEMENT CLASS; (3) FINALLY APPROVING THE PROPOSED SETTLEMENT AGREEMENT; AND (4) AFFIRMING PRIOR RULINGS AND FINDINGS FROM THE PRELIMINARY APPROVAL ORDER**<br><br>Date: June 27, 2008<br>Time: 9:00 a.m.<br>Judge Hon. Jeffrey S. White<br>Ctrm: 2 |

JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT
Case No. C-07-3465 JSW
\283325.1EMPLOY

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT**, on June 27, 2008, at 9:00 a.m. before the Honorable Judge Jeffrey S. White, United States District Judge for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, Audrey Ward and Defendant Grassroots Campaigns, Inc. will, and hereby do, jointly move for an Order granting final approval to the parties' class action settlement; finally certifying the proposed settlement class; approving the parties' proposed Settlement Agreement; [1] and affirming prior findings made in the Preliminary Approval Order of March 10, 2008 (including, but not limited to, findings regarding fairness and adequacy of the settlement; suitability of class representatives and class counsel; and fairness of settlement distributions).

This motion is based on the this Joint Notice and Motion, the Settlement Agreement, the Memorandum of Points and Authorities and Declaration of Robert Nelson that are being filed concurrently herewith, the [Proposed] Order on this Motion, the records, pleadings and papers on file in this action, and the arguments of counsel at the hearing on this Motion, if any.

NELSON LAW GROUP

DATED: May 23, 2008            By: __/S/ Robert S. Nelson_____
                                   Robert S. Nelson

Attorneys for Plaintiffs:

ROBERT S. NELSON (CA SBN 220984)
RNelson@nelsonlawgroup.net
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 794-2760
Facsimile: (650) 794-2761

---

[1] The final version of the Settlement Agreement was filed with the [Amended] Proposed Order Approving the Settlement (Docket No. 64).

JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT
Case No. C-07-3465 JSW                                                                1

\283325.1EMPLOY

| | |
|---|---|
| 1 | |
| 2 | SHERMAN & HOWARD L.L.C. |
| 3 | DATED: May 23, 2008     By: ___/S/ Walter V. Siebert___ |
| | Walter V. Siebert |
| 4 | |
| 5 | Attorneys for Defendant: |
| 6 | WALTER V. SIEBERT (Pro Hac Vice) |
| | BSiebert@sah.com |
| 7 | SHERMAN & HOWARD L.L.C. |
| | 633 Seventeenth Street, Suite 3000 |
| 8 | Denver, CO  80202-3622 |
| | Telephone:  (303) 297-2900 |
| 9 | Facsimile:  (303) 298-0940 |
| 10 | RAYMOND L. WHEELER (CA SBN 52886) |
| | RWheeler@mofo.com |
| 11 | SHARYN K. FUNAMURA (CA SBN 193518) |
| | SFunamura@mofo.com |
| 12 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 13 | Palo Alto, CA  94304-1018 |
| | Telephone:  (650) 813-5600 |
| 14 | Facsimile:  (650) 494-0792 |

**JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT**
Case No. C-07-3465 JSW
\283325.1EMPLOY

2