1  ROBERT S. NELSON (CA SBN 220984)
   RNelson@nelsonlawgroup.net
2  NELSON LAW GROUP
   900 Cherry Avenue, Suite 300
3  San Bruno, CA  94066
   Telephone:  (650) 794-2760
4  Facsimile:  (650) 794-2761

5  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>  Defendant. | Case No.   C-07-3465 JSW<br><br>**NOTICE OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**<br><br>Date: June 27, 2008<br>Time: 9:00 a.m.<br>Judge Hon. Jeffrey S. White<br>Ctrm: 2 |
|---|---|

**PLAINTIFFS' APPLICATION FOR FEES AND COSTS**
**Case No. C-07-3465 JSW**
\283325.1EMPLOY

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT**, on June 27, 2008, at 9:00 a.m. before the Honorable Judge Jeffrey S. White, United States District Judge for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, and Audrey Ward, on behalf of themselves and all others similarly situated, will and hereby do apply to this Court for an order awarding to Class Counsel Nelson Law Group, on behalf of Plaintiffs and those similarly situated, reasonable attorneys' fees and costs and expenses in the amount of $150,000.00 (for fees) and $8,500.00 (for costs).

This Application is based on this Notice, the Memorandum of Points and Authorities and Declaration of Robert Nelson that are being filed concurrently herewith, the parties' joint Settlement Agreement, the Court's Preliminary Approval Order of March 10, 2008, preliminarily approving the parties' settlement in this matter, the [Proposed] Order on this Motion, the records, pleadings and papers on file in this action, and the arguments of counsel at the hearing on this Application, if any.

NELSON LAW GROUP

DATED: May 23, 2008        By:  __/S/ Robert S. Nelson_____
                                Robert S. Nelson

Attorneys for Plaintiffs:

ROBERT S. NELSON (CA SBN 220984)
RNelson@nelsonlawgroup.net
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA  94066
Telephone:  (650) 794-2760
Facsimile:  (650) 794-2761

**PLAINTIFFS' APPLICATION FOR FEES AND COSTS**
Case No. C-07-3465 JSW                                             1

\283325.1EMPLOY