1   ROBERT S. NELSON (CA SBN 220984)
    RNelson@nelsonlawgroup.net
2   NELSON LAW GROUP
    900 Cherry Avenue, Suite 300
3   San Bruno, CA  94066
    Telephone:  (650) 794-2760
4   Facsimile:  (650) 794-2761

5   *Attorneys for Plaintiffs*

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  ANGELA BADAMI, LENNON BRONSEMA,          Case No.    C-07-3465 JSW
    BENJAMIN CAMPOPIANO, KATHRYN
13  RAVEN, AUDREY WARD, and all others       **[PROPOSED] ORDER ON
    similarly situated,                      PLAINTIFFS' APPLICATION FOR
14                                           ATTORNEYS' FEES AND
                   Plaintiffs,               REIMBURSEMENT OF COSTS
15                                           AND EXPENSES**
         v.
16                                           Date:  June 27, 2008
    GRASSROOTS CAMPAIGNS, INC.,              Time:  9:00 a.m.
17                                           Judge  Hon. Jeffrey S. White
                                             Ctrm:  2
18                 Defendant.

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the Application of Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, Audrey Ward ("Plaintiffs"), and those similarly situated, for Attorneys' Fees and Reimbursement of Costs came before the Court for hearing on June 27, 2008, at 9:00 a.m. before the Honorable Jeffrey S. White in Department 2 of the above-noted Court.

The Court having considered the Application, documents submitted in support thereof, oral arguments offered from the parties represented as reflected in the Court's record, if any, and the full record of this case, and good cause appearing,

IT IS HEREBY ORDERED THAT:

Plaintiffs' Application for Attorneys' Fees and Reimbursement of Costs is GRANTED. The Court hereby awards Class Counsel, Robert S. Nelson, d/b/a the Nelson Law Group, $150,000.00 in attorneys' fees and $8,234.10 in costs. These amounts were negotiated by the parties under the terms of their Settlement Agreement and specifically agreed to by Defendant Grassroots Campaigns, Inc.

The Court finds that the amounts Plaintiffs requested in attorneys' fees and costs are fair and reasonable under both the "lodestar" and "common fund" theories of fee calculation. The Court specifically finds that: Class Counsel's total percentage of fees is within the Ninth Circuit's 25 percent benchmark; the number of hours Class Counsel expended in litigating this matter is reasonable; and the hourly rate charged by Class Counsel is reasonable as well.

IT IS SO ORDERED.

Dated: _____, 2008    _____
                                        Jeffrey S. White
                                        United States District Court Judge

**[PROP.] ORDER ON APP. FOR FEES AND COSTS**
**Case No. C-07-3465 JSW**                                                    1

\283325.1EMPLOY