1  ROBERT S. NELSON (CA SBN 220984)
   RNelson@nelsonlawgroup.net
2  NELSON LAW GROUP
   900 Cherry Avenue, Suite 300
3  San Bruno, CA 94066
   Telephone: (650) 794-2760
4  Facsimile: (650) 794-2761

5  *Attorneys for Plaintiffs*

6  WALTER V. SIEBERT (*Pro Hac Vice*)      RAYMOND L. WHEELER (CA SBN 52886)
   BSiebert@sah.com                         RWheeler@mofo.com
7  SHERMAN & HOWARD L.L.C.                  SHARYN K. FUNAMURA (CA SBN 193518)
   633 Seventeenth Street, Suite 3000       SFunamura@mofo.com
8  Denver, CO 80202-3622                    MORRISON & FOERSTER LLP
   Telephone: (303) 297-2900                755 Page Mill Road
9  Facsimile: (303) 298-0940                Palo Alto, CA 94304-1018
                                            Telephone: (650) 813-5600
10                                          Facsimile: (650) 494-0792

11  *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>Defendant. | Case No. C-07-3465 JSW<br><br>**RE-NOTICE OF JOINT MOTION AND MOTION FOR ORDER: (1) GRANTING FINAL APPROVAL TO THE PARTIES' CLASS ACTION SETTLEMENT; (2) FINALLY CERTIFYING THE PROPOSED SETTLEMENT CLASS; (3) FINALLY APPROVING THE PROPOSED SETTLEMENT AGREEMENT; AND (4) AFFIRMING PRIOR RULINGS AND FINDINGS FROM THE PRELIMINARY APPROVAL ORDER**<br><br>Date: July 11, 2008<br>Time: 9:00 a.m.<br>Judge Hon. Jeffrey S. White<br>Ctrm: 2 |

RE-NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT
Case No. C-07-3465 JSW
\283325.1EMPLOY

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT**, on July 11, 2008, at 9:00 a.m. before the Honorable Judge Jeffrey S. White, United States District Judge for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, Audrey Ward and Defendant Grassroots Campaigns, Inc. will, and hereby do, jointly move for an Order granting final approval to the parties' class action settlement; finally certifying the proposed settlement class; approving the parties' proposed Settlement Agreement;[1] and affirming prior findings made in the Preliminary Approval Order of March 10, 2008 (including, but not limited to, findings regarding fairness and adequacy of the settlement; suitability of class representatives and class counsel; and fairness of settlement distributions).

This motion is based on the this Joint Notice and Motion, the Settlement Agreement, the Memorandum of Points and Authorities and Declaration of Robert Nelson that are being filed concurrently herewith, the [Proposed] Order on this Motion, the records, pleadings and papers on file in this action, and the arguments of counsel at the hearing on this Motion, if any.

NELSON LAW GROUP

DATED: May 27, 2008          By: __/S/ Robert S. Nelson_____
                                  Robert S. Nelson

Attorneys for Plaintiffs:

ROBERT S. NELSON (CA SBN 220984)
RNelson@nelsonlawgroup.net
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA  94066
Telephone:  (650) 794-2760
Facsimile:  (650) 794-2761

---

[1] The final version of the Settlement Agreement was filed with the [Amended] Proposed Order Approving the Settlement (Docket No. 64).

RE-NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT
Case No. C-07-3465 JSW                                                          1

\283325.1EMPLOY

1

2                                        SHERMAN & HOWARD L.L.C.

3  DATED: May 27, 2008           By: ___/S/ Walter V. Siebert_____
                                                        Walter V. Siebert

4

5  Attorneys for Defendant:

6  WALTER V. SIEBERT *(Pro Hac Vice)*
BSiebert@sah.com
7  SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
8  Denver, CO 80202-3622
Telephone: (303) 297-2900
9  Facsimile: (303) 298-0940

10  RAYMOND L. WHEELER (CA SBN 52886)
RWheeler@mofo.com
11  SHARYN K. FUNAMURA (CA SBN 193518)
SFunamura@mofo.com
12  MORRISON & FOERSTER LLP
755 Page Mill Road
13  Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
14  Facsimile: (650) 494-0792

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RE-NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT**
Case No. C-07-3465 JSW
\283325.1EMPLOY

    2