1    ROBERT S. NELSON (SBN# 220984)
     NELSON LAW GROUP
2    900 Cherry Avenue, Suite 300
     San Bruno, CA 94066
3    (650) 794-2760 (phone)
     (650) 794-2761 (fax)
4    rnelson@nelsonlawgroup.net

5    Attorneys for Plaintiffs
     ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
6    KATHRYN RAVEN, AUDREY WARD and all others similarly situated

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   ANGELA BADAMI,                      Case No. C 07-03465 JSW
     LENNON BRONSEMA,
13   BENJAMIN CAMPOPIANO,                **STIPULATION AND [PROPOSED]
     KATHRYN RAVEN,                      ORDER ADDING AN ADDITIONAL
14   AUDREY WARD,                        PLAINTIFF TO THE CASE**
     and all others similarly situated
15                                       Complaint Filed:  July 2, 2007

16
                 Plaintiffs,
17        v.

18   GRASSROOTS CAMPAIGNS, INC.,

19               Defendant.

20        **WHEREAS** the parties agreed to settle this case in November 2007; and

21        **WHEREAS** the parties agreed that the settlement would only apply to employees outside

22   California who filed Consent to Join forms prior to the hearing for preliminary approval of the

23   settlement, which occurred on March 7, 2008; and

24        **WHEREAS** an additional non-California employee, Dheeraj Chand, asked to be added to

25   the settlement after March 7, 2008; and

26        **WHEREAS** counsel for the parties conferred and agreed to allow Mr. Chand to join the

27   case (and be bound by the settlement) after March 7, 2008,

28
     STIPULATION AND [PROP] ORDER ADDING PLAINTIFF TO THE CASE
     CASE NO. C 07-03465 JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOW THEREFORE** Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven and Audrey Ward (and all others similarly situated) and Defendant Grassroots Campaigns, Inc., **HEREBY STIPULATE** that:

1.     With the Court's permission and approval, Dheeraj Chand be allowed to file a Consent to Join form and formally join this case as soon as is practicable after the Court executes this [Proposed] Order.  Mr. Chand will be bound by the terms of the parties' settlement agreement (including the terms releasing claims he had, or may have had, against Defendant) as if he had filed his Consent prior to the March 7, 2008 hearing for preliminary approval.

**IT IS SO STIPULATED.**

DATED:  June 26, 2008              NELSON LAW GROUP

____/S/ Robert S. Nelson_____
Robert S. Nelson, Esq.
Attorneys for Plaintiffs
Angela Badami, Lennon Bronsema,
Benjamin Campopiano, Kathryn Raven and
Audrey Ward (and all others similarly
situated)

DATED:  June 26, 2008              SHERMAN & HOWARD L.L.C.

___/S/ W.V. Siebert_____
W. V. Siebert, Esq.
Attorneys for Defendant
Grassroots Campaigns, Inc.

**PURSUANT TO THE ABOVE-NOTED STIPULATION, IT IS SO ORDERED.**

DATED:  July ____, 2008            _____
                                   Jeffrey S. White
                                   United States District Judge

2

STIPULATION AND [PROP] ORDER ADDING PLAINTIFF TO THE CASE
CASE NO. C 07-03465 JSW

1

**TABLE OF AUTHORITIES**

2

**Page**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28