ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

Attorneys for Plaintiffs
ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
KATHRYN RAVEN, AUDREY WARD and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI,<br>LENNON BRONSEMA,<br>BENJAMIN CAMPOPIANO,<br>KATHRYN RAVEN,<br>AUDREY WARD,<br>and all others similarly situated<br><br>           Plaintiffs,<br>     v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>           Defendant. | Case No. C 07-03465 JSW<br><br>**STIPULATION OF DISMISSAL OF OPT-IN PLAINTIFF GREG BLOOM,** *WITHOUT PREJUDICE*<br><br>Complaint Filed:  July 2, 2007 |

**WHEREAS** Greg Bloom opted into this case by filing a Consent to Join form on August 28, 2007; and

**WHEREAS** the parties subsequently agreed to settle this case on a class-wide basis in November 2007; and

**WHEREAS** the parties' settlement enabled individual class members to opt out of the case by signing and returning opt-out forms; and

**WHEREAS** Mr. Bloom signed and returned a valid opt-out form indicating his desire not to be part of the settlement; and

STIPULATED DISMISSAL OF OPT-IN PLAINTIFF GREG BLOOM
CASE NO. C 07-03465 JSW

**WHEREAS** counsel for the parties questioned whether the opt-out form would validly remove Mr. Bloom from the settlement, because of his status as an opt-in plaintiff; and

**WHEREAS** counsel for the parties then conferred and agreed to allow Mr. Bloom to voluntarily dismiss his claims, *without prejudice*; and

**WHEREAS** plaintiffs' counsel conferred with Mr. Bloom and obtained his authorization to file a stipulated dismissal,

**NOW THEREFORE** Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven and Audrey Ward (and all others similarly situated) and Defendant Grassroots Campaigns, Inc., **HEREBY STIPULATE** that:

1. All claims and causes of action of opt-in plaintiff Greg Bloom in the above-captioned case be dismissed, *without prejudice*, pursuant to Federal Rule of Civil Procedure Section 41(a)(1).

DATED:  June 26, 2008          NELSON LAW GROUP

　　　　　　　　　　　　　　　　　　___/S/ Robert S. Nelson_____
　　　　　　　　　　　　　　　　　　Robert S. Nelson, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　Angela Badami, Lennon Bronsema,
　　　　　　　　　　　　　　　　　　Benjamin Campopiano, Kathryn Raven and
　　　　　　　　　　　　　　　　　　Audrey Ward (and all others similarly
　　　　　　　　　　　　　　　　　　situated)

DATED:  June 30, 2008          SHERMAN & HOWARD L.L.C.

　　　　　　　　　　　　　　　　　　____/S/ W.V. Siebert_____
　　　　　　　　　　　　　　　　　　W. V. Siebert, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Grassroots Campaigns, Inc.

**TABLE OF AUTHORITIES**

**Page**