ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

Attorneys for Plaintiffs
ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO,
KATHRYN RAVEN, AUDREY WARD and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>Defendant. | Case No. C 07-03465 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER ADDING AN ADDITIONAL PLAINTIFF TO THE CASE**<br><br>Complaint Filed: July 2, 2007 |

**WHEREAS** the parties agreed to settle this case in November 2007; and

**WHEREAS** the parties agreed that the settlement would only apply to employees outside California who filed Consent to Join forms prior to the hearing for preliminary approval of the settlement, which occurred on March 7, 2008; and

**WHEREAS** an additional non-California employee, Dheeraj Chand, asked to be added to the settlement after March 7, 2008; and

**WHEREAS** counsel for the parties conferred and agreed to allow Mr. Chand to join the case (and be bound by the settlement) after March 7, 2008,

STIPULATION AND [PROP] ORDER ADDING PLAINTIFF TO THE CASE
CASE NO. C 07-03465 JSW

**NOW THEREFORE** Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven and Audrey Ward (and all others similarly situated) and Defendant Grassroots Campaigns, Inc., **HEREBY STIPULATE** that:

1. With the Court's permission and approval, Dheeraj Chand be allowed to file a Consent to Join form and formally join this case as soon as is practicable after the Court executes this [Proposed] Order. Mr. Chand will be bound by the terms of the parties' settlement agreement (including the terms releasing claims he had, or may have had, against Defendant) as if he had filed his Consent prior to the March 7, 2008 hearing for preliminary approval.

**IT IS SO STIPULATED.**

DATED: June 26, 2008              NELSON LAW GROUP

                                  ___/S/ Robert S. Nelson_____
                                  Robert S. Nelson, Esq.
                                  Attorneys for Plaintiffs
                                  Angela Badami, Lennon Bronsema,
                                  Benjamin Campopiano, Kathryn Raven and
                                  Audrey Ward (and all others similarly
                                  situated)

DATED: June 26, 2008              SHERMAN & HOWARD L.L.C.

                                  ___/S/ W.V. Siebert_____
                                  W. V. Siebert, Esq.
                                  Attorneys for Defendant
                                  Grassroots Campaigns, Inc.

**PURSUANT TO THE ABOVE-NOTED STIPULATION, IT IS SO ORDERED.**

DATED: July _1_, 2008             _____Jeffrey S White_____
                                  Jeffrey S. White
                                  United States District Judge

STIPULATION AND [PROP] ORDER ADDING PLAINTIFF TO THE CASE
CASE NO. C 07-03465 JSW