IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA BADAMI, ET AL., | |
|     Plaintiffs, | No. C 07-03465 JSW |
| v. | |
| GRASSROOTS CAMPAIGNS, INC., | **NOTICE OF TENTATIVE RULING AND QUESTIONS** |
|     Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON JULY 11, 2008 AT 9:00 A.M.:

The Court has reviewed the parties' papers and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities, with reference to pin cites, reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The Court **tentatively GRANTS** the motion for (1) final approval of the parties' class action settlement; (2) final certification of the proposed settlement class; (3) final approval of the proposed settlement agreement; and (4) affirming prior rulings and findings from the

preliminary approval order.  The Court **tentatively GRANTS** Plaintiffs' application for attorneys' fees and reimbursement of costs and expenses.

The parties shall each have 10 minutes to address the following questions:

1. Have the parties received any objections from any class members?  Does the stipulation to dismiss opt-in plaintiff Greg Bloom change the scope of the settlement?

2. Does the stipulation adding the additional plaintiff to the case change the scope of the settlement?

3. Do the parties have anything further they wish to address?

**IT IS SO ORDERED.**

Dated: July 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2