UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** JEFFREY S. WHITE

**Date**: July 11, 2008

**Case No:** C 07-03465 JSW

**Case Title**: ANGELA BADAMI, et al.  v.  GRASSROOTS CAMPAIGNS, INC.

**Appearances:**

    For Plaintiff(s): Matthew Didaleusky (specially appearing)

    For Defendant(s): Sharyn Funamura

**Deputy Clerk**:  Rowena B. Espinosa      **Court Reporter**: Connie Kuhl

### PROCEEDINGS

1. Hearing on the Motion for Settlement Approval - held
2. Hearing on the Motion for Attorney Fees and Costs - held

MOTION/MATTER: (X) Granted
                 ( ) Denied
                 ( ) Granted in part/Denied in part
                 ( ) Taken under submission
                 ( ) Withdrawn/Off Calendar
                 ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    (X) Court

### SUMMARY

- For the reasons stated on the record, the Court adopts its tentative ruling.