1  ROBERT S. NELSON (CA SBN 220984)
   RNelson@nelsonlawgroup.net
2  NELSON LAW GROUP
   900 Cherry Avenue, Suite 300
3  San Bruno, CA 94066
   Telephone: (650) 794-2760
4  Facsimile: (650) 794-2761

5  *Attorneys for Plaintiffs*

6  WALTER V. SIEBERT *(Pro Hac Vice)*      RAYMOND L. WHEELER (CA SBN 52886)
   BSiebert@sah.com                         RWheeler@mofo.com
7  SHERMAN & HOWARD L.L.C.                 SHARYN K. FUNAMURA (CA SBN 193518)
   633 Seventeenth Street, Suite 3000       SFunamura@mofo.com
8  Denver, CO 80202-3622                   MORRISON & FOERSTER LLP
   Telephone: (303) 297-2900                755 Page Mill Road
9  Facsimile: (303) 298-0940                Palo Alto, CA 94304-1018
                                            Telephone: (650) 813-5600
10                                          Facsimile: (650) 494-0792

11 *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRASSROOTS CAMPAIGNS, INC.,<br><br>Defendant. | Case No.  C-07-3465 JSW<br><br>[~~PROPOSED~~] ORDER ON PARTIES' JOINT MOTION FOR: (1) FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT; (2) FINAL CERTIFATION OF THE PROPOSED SETTLEMENT CLASS; (3) FINAL APPROVAL OF THE PROPOSED SETTLEMENT AGREEMENT; AND (4) AFFIRMING PRIOR RULINGS AND FINDINGS FROM THE PRELIMINARY APPROVAL ORDER<br><br>Date: June 27, 2008<br>Time: 9:00 a.m.<br>Judge Hon. Jeffrey S. White<br>Ctrm: 2 |

[~~PROPOSED~~] ORDER FINALLY APPROVING SETTLEMENT
Case No. C-07-3465 JSW
\283325.1EMPLOY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the Joint Motion of Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, Audrey Ward ("Plaintiffs"), and those similarly situated for class certification, and Defendant Grassroots Campaigns, Inc. ("GCI"), came before the Court for hearing on June 27, 2008, at 9:00 a.m. before the Honorable Jeffrey S. White in Department 2 of the above-noted Court.

The Court having considered the Motion, documents submitted in support thereof, oral arguments offered from the parties represented as reflected in the Court's record, if any, and the full record of this case, and good cause appearing,

IT IS HEREBY ORDERED THAT:

Final approval of the Amended Joint Stipulation of Settlement and Release Between Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, Audrey Ward and All Others Similarly Situated, and Defendant Grassroots Campaigns, Inc. ("Settlement Agreement"), filed with this Court on March 10, 2008 (Docket No. 64)), is GRANTED, pursuant to Federal Rule of Civil Procedure 23(e). The Settlement Agreement will be deemed entered into the record in this action (Docket No. 64) and will henceforth become binding on all covered parties, pursuant to its terms.

Final certification of the Settlement Class, as specifically defined in the Settlement Agreement, is GRANTED.

All earlier findings and rulings made by this Court in the Amended Order Granting Motion for Preliminary Approval of Class Action Settlement and Class Certification are hereby REAFFIRMED, including the rulings/findings that:

(1) The case fulfills all requirements for certification under FRCP Rule 23;

(2) Plaintiffs are appointed class representatives;

(3) Nelson Law Group is appointed class counsel;

(4) Services payments to individual Plaintiffs of $2,000.00 each are approved; and

(5) The Settlement Agreement and all of its terms (including distributions of

attorneys' fees and costs) are fair, just, equitable and in the best interests of members of the Settlement Class.

Per the Settlement Agreement, the Court shall retain jurisdiction over this matter to construe, interpret, and enforce the Settlement Agreement, to supervise all notices, the administration of the Settlement Agreement, and to hear and adjudicate any dispute arising from or related to the Settlement.

IT IS SO ORDERED.

Dated: July 11, 2008

_____
Jeffrey S. White
United States District Court Judge

[PROPOSED] ORDER FINALLY APPROVING SETTLEMENT
Case No. C-07-3465 JSW
\283325.1EMPLOY

2