1  ROBERT S. NELSON (CA SBN 220984)
   RNelson@nelsonlawgroup.net
2  NELSON LAW GROUP
   900 Cherry Avenue, Suite 300
3  San Bruno, CA  94066
   Telephone:  (650) 794-2760
4  Facsimile:  (650) 794-2761

5  *Attorneys for Plaintiffs*

6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION
11

12 | ANGELA BADAMI, LENNON BRONSEMA, | Case No.   C-07-3465 JSW |
13 | BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly situated, | [PROPOSED] ORDER ON PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES |
14 | | |
15 | Plaintiffs, | |
16 | v. | Date: June 27, 2008 |
17 | GRASSROOTS CAMPAIGNS, INC., | Time: 9:00 a.m. Judge Hon. Jeffrey S. White Ctrm: 2 |
18 | Defendant. | |

[PROP.] ORDER ON APP. FOR FEES AND COSTS
Case No. C-07-3465 JSW
\283325.1EMPLOY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the Application of Plaintiffs Angela Badami, Lennon Bronsema, Benjamin Campopiano, Kathryn Raven, Audrey Ward ("Plaintiffs"), and those similarly situated, for Attorneys' Fees and Reimbursement of Costs came before the Court for hearing on June 27, 2008, at 9:00 a.m. before the Honorable Jeffrey S. White in Department 2 of the above-noted Court.

The Court having considered the Application, documents submitted in support thereof, oral arguments offered from the parties represented as reflected in the Court's record, if any, and the full record of this case, and good cause appearing,

IT IS HEREBY ORDERED THAT:

Plaintiffs' Application for Attorneys' Fees and Reimbursement of Costs is GRANTED. The Court hereby awards Class Counsel, Robert S. Nelson, d/b/a the Nelson Law Group, $150,000.00 in attorneys' fees and $8,234.10 in costs. These amounts were negotiated by the parties under the terms of their Settlement Agreement and specifically agreed to by Defendant Grassroots Campaigns, Inc.

The Court finds that the amounts Plaintiffs requested in attorneys' fees and costs are fair and reasonable under both the "lodestar" and "common fund" theories of fee calculation. The Court specifically finds that: Class Counsel's total percentage of fees is within the Ninth Circuit's 25 percent benchmark; the number of hours Class Counsel expended in litigating this matter is reasonable; and the hourly rate charged by Class Counsel is reasonable as well.

IT IS SO ORDERED.

Dated: ___July 11___, 2008      _____
                                Jeffrey S. White
                                United States District Court Judge

[PROP.] ORDER ON APP. FOR FEES AND COSTS
Case No. C-07-3465 JSW                                              1

\283325.1EMPLOY