| | |
|---|---|
| 1 | ROBERT S. NELSON (CA SBN 220984) |
|   | RNelson@nelsonlawgroup.net |
| 2 | NELSON LAW GROUP |
|   | 900 Cherry Avenue, Suite 300 |
| 3 | San Bruno, CA 94066 |
|   | Telephone: (650) 794-2760 |
| 4 | Facsimile: (650) 794-2761 |

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 6 | WALTER V. SIEBERT *(Pro Hac Vice)* | RAYMOND L. WHEELER (CA SBN 52886) |
|   | BSiebert@sah.com | RWheeler@mofo.com |
| 7 | SHERMAN & HOWARD L.L.C. | SHARYN K. FUNAMURA (CA SBN 193518) |
|   | 633 Seventeenth Street, Suite 3000 | SFunamura@mofo.com |
| 8 | Denver, CO 80202-3622 | MORRISON & FOERSTER LLP |
|   | Telephone: (303) 297-2900 | 755 Page Mill Road |
| 9 | Facsimile: (303) 298-0940 | Palo Alto, CA 94304-1018 |
|   |   | Telephone: (650) 813-5600 |
| 10 |   | Facsimile: (650) 494-0792 |

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA BADAMI, LENNON BRONSEMA, BENJAMIN CAMPOPIANO, KATHRYN RAVEN, AUDREY WARD, and all others similarly situated, | Case No. C-07-3465 JSW |
| | [~~PROPOSED~~] **FINAL JUDGMENT OF DISMISSAL OF CLASS ACTION WITH PREJUDICE** |
| Plaintiffs, | |
| v. | Date: June 27, 2008 |
| | Time: 9:00 a.m. |
| GRASSROOTS CAMPAIGNS, INC., | Judge Hon. Jeffrey S. White |
| | Ctrm: 2 |
| Defendant. | |

[~~PROPOSED~~] **FINAL JUDGMENT OF DISMISSAL OF CLASS ACTION W PREJUDICE**
**Case No. C-07-3465 JSW**

In accordance with the Order of Final Approval of Class Action Settlement ("Final Approval Order") entered by the Court in this action on July 11, 2008, it is

**ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is hereby entered dismissing this action against Defendant Grassroots Campaigns, Inc., *on the merits and with prejudice,* and without the payment of costs other than as provided in the Stipulation of Settlement and Amendment hereto (collectively, the "Stipulation of Settlement") referred to in the Final Approval Order.

2. Without affecting the finality of this judgment in any way, the Court hereby retains continuing jurisdiction over (a) the implementation of the settlement as described in the Stipulation of Settlement, and (b) all parties hereto for the purpose of administering the Stipulation of Settlement and enforcing the terms of this judgment.

3. In the event that the settlement does not become effective in accordance with the terms of the Stipulation of Settlement, then this judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation of Settlement and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation of Settlement.

**IT IS SO ORDERED.**

Dated: September 15, 2008

_____
Hon. Jeffrey S. White
United States District Judge

**[PROPOSED] FINAL JUDGMENT OF DISMISSAL OF CLASS ACTION W PREJUDICE**
Case No. C-07-3465 JSW
\283325.1EMPLOY

2

|   |   |   |
|---|---|---|
| 1 |  | NELSON LAW GROUP |
| 2 |  |  |
| 3 | DATED: September 12, 2008 | By: __/S/ Robert S. Nelson_____ |
| 4 |  | Robert S. Nelson |

Attorneys for Plaintiffs:

ROBERT S. NELSON (CA SBN 220984)
RNelson@nelsonlawgroup.net
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 794-2760
Facsimile: (650) 794-2761

SHERMAN & HOWARD L.L.C.

DATED: September 12, 2008         By: ___/S/ Walter V. Siebert_____
                                       Walter V. Siebert

Attorneys for Defendant:

WALTER V. SIEBERT *(Pro Hac Vice)*
BSiebert@sah.com
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202-3622
Telephone: (303) 297-2900
Facsimile: (303) 298-0940

RAYMOND L. WHEELER (CA SBN 52886)
RWheeler@mofo.com
SHARYN K. FUNAMURA (CA SBN 193518)
SFunamura@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

[PROPOSED] FINAL JUDGMENT OF DISMISSAL OF CLASS ACTION W PREJUDICE
Case No. C-07-3465 JSW

3